AUGUST WICKE, Respondent, *v.* THE ALBANY RAILWAY, Appellant.

*Wicke* v. *The Albany Railway*, 5 App. Div. 625, affirmed.
(Argued December 13, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

May 7, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial:

*Simon W. Rosendale* for appellant.

*Randall J. Le Boeuf* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., absent.